ANISHA DASGUPTA, General Counsel
CARLA L. CHEUNG, Cal. Bar No. 291562
ccheung1@ftc.gov
DAVID HANKIN, Cal. Bar No. 319825
dhankin@ftc.gov
Federal Trade Commission
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Tel: (310) 824-4300
Fax: (310) 824-4380

*Attorneys for Plaintiff Federal Trade Commission*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Petitioner,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL,<br><br>Respondent. | Case No. 2:24-cv-01112-JCM<br><br>MOTION TO WITHDRAW CARLA L. CHEUNG AS COUNSEL FOR FEDERAL TRADE COMMISSION |

Pursuant to Local Rule IA 11-6(b), the Federal Trade Commission respectfully requests that the Court withdraw government attorney Carla L. Cheung from this case. Ms. Cheung's last day of employment with the Federal Trade Commission is December 27, 2024. Local Rule IA 11-6(b) provides that "No attorney may withdraw after appearing in a case except by leave of the court after notice has been served on the affected client and opposing counsel." Attorney David Hankin will continue to serve as counsel for the Federal Trade Commission and Ms. Cheung's withdrawal will not result in any delay in the case.

//

//

//

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | ANISHA DASGUPTA,<br>General Counsel |
|  | MICHELE ARINGTON<br>Assistant General Counsel for Litigation |
| Dated: December 6, 2024 | */s/ Carla L. Cheung*<br>CARLA L. CHEUNG<br>ccheung1@ftc.gov<br>DAVID HANKIN<br>dhanking@ftc.gov<br>FEDERAL TRADE COMMISSION<br>10990 Wilshire Boulevard, Suite 400<br>Los Angeles, CA 90024<br>Tel: (310) 824-4300<br>Fax: (310) 824-4380 |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
JAMES C. MAHAN

DATED: December 12, 2024