LUCAS CROSLOW, General Counsel
DAVID HANKIN, Cal. Bar No. 319825
dhankin@ftc.gov
Federal Trade Commission
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Tel: (310) 824-4300
Fax: (310) 824-4380

*Attorneys for Petitioner Federal Trade Commission*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Petitioner,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL,<br><br>Respondent. | Case No. 2:24-cv-1112-JCM-MDC<br><br>STIPULATION OF DISMISSAL |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure Rule 41, Petitioner Federal Trade Commission (the "FTC") and Respondent MGM Resorts International ("MGM") (together, the "Parties"), by and through their counsel of record, hereby submit this Stipulation of Dismissal. The Parties stipulate and agree as follows:

1. On January 25, 2024, the FTC issued a Civil Investigative Demand ("CID") to MGM investigating a recent data breach it experienced.

2. On June 17, 2024, the FTC initiated the above-captioned action by filing a petition to enforce the CID (the "Petition"). (ECF No. 2).

3. On December 13, 2024, the Court denied without prejudice the Petition and stayed the action. (ECF No. 24).

4. On February 25, 2025, the FTC withdrew the CID. As such, there is no CID to

-1-

enforce, and this action is moot.

5.   NOW, THEREFORE, the Petitioner, the Federal Trade Commission, and the Respondent, MGM Resorts International, hereby stipulate and agree that the above-captioned action be dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

| **FEDERAL TRADE COMMISSION** | **MGM RESORTS INTERNATIONAL** |
|---|---|
| */s/ David Hankin* <br> DAVID HANKIN <br> FEDERAL TRADE COMMISSION <br> 10990 Wilshire Boulevard, Suite 400 <br> Los Angeles, CA 90024 <br> dhanking@ftc.gov <br> Tel: (310) 824-4317 <br><br> Date: February 28, 2025 | */s/ Brian J. Boyle* <br> Brian J. Boyle, Esq. <br> DLA PIPER LLP <br> 500 8TH Street NW <br> Washington, DC 2004 <br> brian.boyle@us.dlapiper.com <br> Tel: (215) 656-2450 <br><br> Date: February 28, 2025 |

**MGM RESORTS INTERNATIONAL**

*/s/ Emily A. Buchwald*
Todd L. Bice, Esq.
Emily A. Buchwald, Esq.
Daniel R. Brady, Esq.
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, NV 89101
tlb@pisanellibice.com
eab@pisanellibice.com
drb@pisanellibice.com
Tel:  (702) 214-2100

Date: February 28, 2025

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: March 3, 2025